UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:15-MJ-1105 |
| | § | |
| GUILLERMO SORIANO ARRIETA | § | |

**<u>MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL</u>**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence against the defendant is strong.  The defendant is charged with being an illegal alien knowingly in possession of a firearm and ammunition in violation of 18 U.S.C. 922(g)(5).  Further, the case involves more than 7,600 rounds of ammunition much in calibers used by the military.  The Court understands that the defendant's immigration status is different than the typical case because he has been granted Deferred Action for Childhood Arrivals ("DACA").  However, the defendant's DACA status is set to expire in November 2015 and he has a pending immigration detainer because of this case.  Further, the defendant has significant ties to Mexico and if convicted, the defendant faces deportation. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

     ORDERED this 10th day of September, 2015.

                                                        _____
                                                            Jason B. Libby
                                                     United States Magistrate Judge